KATE BARTON, as Administratrix, etc., of GEORGE W. BARTON, Deceased, Respondent, v. THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.— Order denying motion to change place of trial reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. We think that the provisions of section 6 of the Federal Employers'

---

* See Yonkers General Ordinance No. 1 of 1921, § 26, being Billboard Ordinance.— [REP.

Liability Act,* providing the place of trial for actions brought under that act in a United States court, have no application to such actions when brought in the courts of this State, but that the provisions of the Civil Practice Act† govern actions brought in the latter courts. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.